# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| VS. | CRIMINAL NO. 04-351 (24) (SEC) |
| **ANGEL MORENO-NUÑEZ** | |

## JUDGMENT OF DISCHARGE
### Nunc Pro Tunc 4/3/08

It appearing that defendant **ANGEL MORENO-NUÑEZ** has been charged of the offenses of:

Count One (1)   :  Money laundering-financial transactions affecting interstate commerce.
Count Three (3) :  Money laundering, criminal forfeiture.

It further appearing that defendant is now entitled to be discharged for the reason that:

(  ) The Court has granted defendant's Motion for Judgment of Acquittal, pursuant to Rule 29(a) of the Federal Rules of Criminal Procedure;

(  ) The Court has granted government's Motion for Dismissal, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure;

(  ) The Court has entered a finding of Not Guilty after a Court trial and after execution by the defendant of a waiver of jury and its approval by the Court;

( X ) The Court has **dismissed the charges** for unnecessary delay, pursuant to Rule 48(b) of the Federal Rules of Criminal Procedure.

It is therefore **ORDERED** and **ADJUDGED** that the defendant be, and is hereby **DISCHARGED WITHOURT PREJUDICE.**

San Juan, Puerto Rico, this 26th day of February, 2009.

S/ *Salvador E. Casellas*
Salvador E. Casellas
U.S. District Judge